Kresta Nora Daly, SBN 199689
**BARTH DALY LLP**
431 "I" Street, Suite 201
Sacramento, California 95814
Telephone: (916) 440-8600
Facsimile: (916) 440-9610
Email: kdaly@barth-daly.com

Attorneys for Defendant
VANIK MOVSESYAN

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:15-CR-00236-GEB |
| Plaintiff, | **STIPULATION AND [PROPOSED] ORDER** |
| v. | |
| VANIK MOVSESYAN, | |
| Defendant. | |

Plaintiff United States of America, by and through its counsel of record, Assistant United States Attorney Jeremy J. Kelley, and defendant Vanik Movsesyan, by and through his counsel of record Kresta Daly, hereby stipulate as follows:

1. By previous order sentencing in this case was set for February 16, 2018;
2. The defense wishes to re-set the sentencing date in this case. The government does not object to this request.
3. The parties have agreed on April 27, 2018 as the new sentencing date.
4. Probation is aware of this request and does not object.
5. The parties request the Court vacate the February 16, 2018 hearing date.

///

///

| | | |
|---|---|---|
| Dated: December 13, 2017. | By: | /s/ Jeremy J. Kelley |
| | | JEREMY J. KELLEY |
| | | Assistant United States Attorney |
| Dated: December 13, 2017. | | BARTH DALY LLP |
| | By: | /s/ Kresta Nora Daly |
| | | KRESTA NORA DALY |
| | | Attorney for VANIK MOVSESYAN |

**ORDER**

It is so ordered.

Dated: December 15, 2017

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge