UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>　　　　　Plaintiff,<br>　　v.<br>VANIK MOVSESYAN,<br>　　　　　Defendant. | No. 2:15-cr-236-GEB<br><br>**ORDER PERMITTING SUR-REPLY** |

Defendant Vanik Movsesyan ("Defendant") seeks bail pending appeal under Fed. R. Crim. P. 46(c) and 18 U.S.C. § 3143(b). Bail Mot., ECF No. 229. The United States of America ("the Government") opposes the motion. Opp'n, ECF No. 241. Defendant, aided by new counsel and through that new counsel, filed a reply to the Government's opposition, but that reply contains new legal theories for finding the Government in breach of their obligations under the plea agreement not argued in Defendant's motion. Reply at 3:1-4:24, ECF No. 247. "It is improper for a moving party to introduce new facts or different legal arguments in the reply brief than those presented in the moving papers." United States ex rel. Giles v. Sardie, 191 F.Supp.2d 1117, 1127 (C.D. Cal. 2000); see also Nevada v. Watkins, 914 F.2d 1545, 1560 (9th Cir. 1990) ("[Parties] cannot raise a new issue for the first time in their reply briefs." (citations omitted)).

Since new arguments are in the reply, the Government may file a sur-reply brief no later than Friday, June 8, 2018. See, e.g., <u>Biscotti v. City of Yuba City</u>, No. 2:11-cv-01347-JAM, 2016 WL 4096390, at *1 (E.D. Cal. Aug. 1, 2016) ("Plaintiffs filed a reply brief in support of their motion . . . but raised new arguments in this brief.  The Court therefore permitted Defendants to file a sur-reply brief . . . .").

Dated:  May 25, 2018

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge