McGREGOR W. SCOTT
United States Attorney
JEREMY J. KELLEY
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>VANIK MOVSESYAN,<br><br>Defendant. | CASE NO. 2:15-CR-00236-GEB<br><br>STIPULATION REGARDING AND [PROPOSED] ORDER REGARDING SURRENDER DATE |

**STIPULATION**

1. Vanik Movsesyan ("Movsesyan") pleaded guilty to the conspiracy count in the superseding indictment on October 27, 2017. ECF No. 108. In April, he was sentenced to twenty-one months incarceration. ECF No. 226. The Court ordered Movsesyan to surrender himself to the United States Marshall in the Central District of California, or to the institution designated by the Bureau of Prisons, before 2 o'clock p.m. on June 26, 2018. See id.; ECF No. 241-1 at 24 (transcript of judgment and sentencing).

2. Following the hearing, Movsesyan noted an appeal of his sentence and moved for bail pending appeal. ECF Nos. 225, 229. This Court denied his motion for bail pending appeal. ECF No. 252.

3. On June 25, 2018, Movsesyan filed a motion for bail pending appeal with the Ninth Circuit and an accompanying emergency motion for an order authorizing him to remain out of custody pending resolution of his motion pursuant to Ninth Circuit Rule 9-1.2(e). See No. 18-10168, Dkt.

Entries 18 and 19 (9th Cir.). The Ninth Circuit issued an order clarifying that under Circuit Rule 9-1.2(e) Movsesyan's bail would remain in effect until the Ninth Circuit ruled on his motion. No. 18-10168, Dkt. 20.

4. On July 5, 2018, the government filed an opposition to Movsesyan's motion for bail pending appeal and moved to dismiss Movsesyan's appeal. No. 18-10168 Dkt. Entries 21 and 22.

5. On July 30, 2018, the Ninth Circuit denied Movsesyan's motion for bail pending appeal and dismissed his appeal. See Attachment 1 (No. 18-10168 Dkt. 26 (Order)).

6. The parties agree and stipulate to the following:

a) Because Movsesyan's motion for bail pending appeal has been denied by the Ninth Circuit, Ninth Circuit Rule 9-1.2(e) is no longer applicable. As such, Movsesyan must begin service of his sentence. Therefore, the parties agree the Court should order that Movsesyan surrender without undue delay to the United States Marshall in the Central District of California or to the facility designated by the Bureau of Prisons.

b) Counsel for Movsesyan has represented that Movsesyan and his family are making travel arrangements to enable Movsesyan to surrender at the facility designated by the Bureau of Prisons.

c) The parties agree that Thursday August 2, 2018, at 2:00 p.m. is an appropriate and reasonable surrender date for Movsesyan.

d) Movsesyan understands that if he fails to surrender for the service of his sentence as ordered, that failure would constitute a separate criminal offense, punishable by a consecutive term of imprisonment and fine.

//

//

//

STIPULATION AND [PROPOSED] ORDER REGARDING SURRENDER DATE

2

7. Accordingly, the parties jointly request that the Court issue an order directing Movsesyan to surrender to the United States Marshall in the Central District of California or to a facility designated by the Bureau of Prison before 2:00 p.m. on August 2, 2018.

IT IS SO STIPULATED.

Dated:  July 31, 2018                                   McGREGOR W. SCOTT
                                                        United States Attorney


                                                        /s/ JEREMY J. KELLEY
                                                        JEREMY J. KELLEY
                                                        Assistant United States Attorney


Dated:  July 31, 2018                                   /s/ DIEGO HANDEL
                                                        DIEGO HANDEL
                                                        Counsel for Defendant
                                                        VANIK MOVSESYAN

**ORDER**

The defendant, Vanik Movsesyan, is ordered to surrender himself to the United States Marshal in the Central District of California, or to the institution designated by the Bureau of Prisons, before 2:00 p.m. on August 2, 2018.

IT IS SO ORDERED.

Dated:  August 1, 2018

                                                        GARLAND E. BURRELL, JR.
                                                        Senior United States District Judge